```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSEPH BACON a/k/a JOEL BACON, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-5484 (JBS/JS) |
| v. | |
| DR. ELIZABETH BURNS, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of the Defendants Dr. Elizabeth Burns and Dr. Louis Becker for summary judgment in lieu of an answer [Docket Item 13]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this   **15th**   day of **November, 2011** hereby

ORDERED that the Defendants' motion for summary judgment as to Defendant Dr. Louis Becker is GRANTED and the Plaintiff's complaint is dismissed as to Defendant Louis Becker with prejudice.

ORDERED that the Defendants' motion for summary judgment as to Defendant Dr. Elizabeth Burns is DENIED.

                              **s/ Jerome B. Simandle**
                              JEROME B. SIMANDLE
                              United States District Judge