UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GEORGE W. BILLINGS, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 10-3487 |
| v. | : | **ORDER** |
| AMERICAN EXPRESS COMPANY, | : | |
| Defendant. | : | |

This matter having come before the Court upon a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant American Express Travel Related Service Company [Docket Entry # 28], and the Court having considered the written submissions of the parties, and for the reasons expressed in the Opinion issued on even date,

IT IS on this 16th day of November, 2011 hereby ORDERED that the motion to dismiss is GRANTED.

                                                    /s/Joseph H. Rodriguez
                                         Hon. Joseph H. Rodriguez
                                         United States District Judge